**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>        Plaintiff,<br><br>vs.<br><br>Go Daddy Software, Inc.,<br><br>        Defendant. | No. CV 04-2062-PHX-DGC<br><br>**ORDER** |

On October 20, 2005, the Court held a discovery conference call with the parties. This Order will reflect the Court's rulings.

    1.    The Court concluded that Defendant may depose the EEOC investigator in this case. The deposition will be limited to inquiries about conversations the investigator had with witnesses, including Mr. Bouamama. The deposition shall not inquire into conversations the investigator had with EEOC lawyers or other EEOC personnel, nor will the deposition inquire into conclusions or opinions formed by the investigator concerning this case. The deposition shall be strictly limited to a factual inquiry concerning conversations the investigator had with witnesses and Mr. Bouamama. The Court concluded that such an inquiry will not invade the deliberative process or attorney-client privileges. Moreover, Defendant stated that it has no intention of attacking the underlying investigation in this case; the deposition is solely to obtain factual information communicated to the investigator by witnesses.

1    2.    The Court ruled that the EEOC may take five additional two-hour depositions.
2 These depositions may be taken up to and including November 18, 2005.
3    3.    The parties had a disagreement about which present and former employees
4 of Defendant may be interviewed by the EEOC. It was apparent to the Court that the
5 parties need to discuss this issue further. The Court directed them to do so and to contact
6 the Court if they are unable to reach agreement

7    DATED this 24th day of October, 2005.

_____
David G. Campbell
United States District Judge