**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, <br><br> Plaintiff, <br><br> vs. <br><br> Go Daddy Software, Inc., <br><br> Defendant. | No. CV 04-2062-PHX-DGC <br><br> **ORDER** |

The Court held a discovery conference call with the parties on November 1, 2005. The Court ordered that the confidentiality order to be entered in this case may provide that Mr. Bouamama does not have access to private information concerning witnesses in the case or confidential financial information about Go Daddy. The Court also ruled that the confidentiality order may provide that court reporter must sign an agreement to be bound by the confidentiality order. If the parties find they have difficulty arranging for court reporters under this provision, they should place a conference call to the Court with the court reporter on the line.

The Court also directed the parties to engage in further discussions concerning the disclosure of contact information regarding employees. The Court concluded that the

1 parties had not sufficiently discussed this issue to permit precise identification of and
2 ruling on issues in dispute.
3     DATED this 2nd day of November, 2005.

                                        David G. Campbell
                                        United States District Judge