J. Mark Ogden; AZ Bar No. 017018
mogden@littler.com
Steve Biddle; AZ Bar No. 012636
sbiddle@littler.com
R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:     602.957.1801

Attorneys for Defendant
Go Daddy Software, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>v.<br><br>Go Daddy Software, Inc.,<br><br>Defendant. | Case No. CV 04 2062 PHX DGC<br><br>**DEFENDANT'S MOTION IN *LIMINE* REGARDING DISCRIMINATION NOT ALLEGED IN COMPLAINT** |

**I.   INTRODUCTION**

Defendant Go Daddy Software, Inc. (now known as Go Daddy.com, Inc.) ("Go Daddy"), by and through undersigned counsel, hereby moves for an Order precluding the Plaintiff Equal Employment Opportunity Commission ("EEOC") from introducing any evidence or eliciting testimony related to Youssef Bouamama's so-called "Middle Eastern" or "Arab" national origin and would show the Court as follows.

**II.   LAW AND ARGUMENT**

    **A.   Plaintiff Should Be Precluded From Attempting To Mischaracterize Mr. Bouamama's National Origin.**

Defendant reasonably anticipates that, during trial, Plaintiff will attempt to characterize Mr. Bouamama's national origin as "Arab" and/or "Middle Eastern" and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

attempt to elicit testimony that he was somehow discriminated against on these bases. Because Plaintiff has not pled that Go Daddy discriminated against Mr. Bouamama because he was "Arab" and because Plaintiff abandoned all pretense that Mr. Bouamama is "Middle Eastern" during the summary judgment briefing, Plaintiff should not be allowed to introduce evidence or elicit testimony except as it relates to Mr. Bouamama's conceded national origin – Moroccan.

In response to Defendant's Motion for Summary Judgment, Plaintiff filed a Motion for Leave to Amend its Complaint to add the words "Arab," "non-Arab," and "non-Moroccan" to sections related to its national origin allegation (Doc. #96). In its June 27, 2006 Order, the Court denied this motion. In the Order denying the Motion, the Court noted that, "Plaintiff appears to have abandoned its claim that Mr. Bouamama was discriminated against because he was Middle Eastern." Accordingly, the Court will not evaluate the national origin claims to the extent they are based on Mr. Bouamama's Middle Eastern descent." *Id.* Because the Court has already ruled on these matters, Plaintiff should abide by the Court's ruling at trial.

### B.  Any Reference to Mr. Bouamama as "Middle-Eastern" or "Arab" Would Be Irrelevant, Confusing, and Prejudicial.

Evidence that is irrelevant to any issue that the jury must determine is inadmissible at trial. FED. R. EVID. 402; *United States v. Manning*, 509 F.2d 1230 (9th Cir. 1974), *cert. denied*, 423 U.S. 824 (1975). Relevant evidence is "[e]vidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." FED. R. EVID. 401.

To the extent the EEOC seeks to introduce evidence, including testimony and exhibits, attempting to demonstrate that Go Daddy discriminated against Mr. Bouamama because he was "Middle-Eastern" or "Arab," such evidence should be rejected as irrelevant for the reasons described above. Even if this evidence were relevant, any evidence regarding Mr. Bouamama's shifting national origins would be unduly prejudicial to Go Daddy and confusing to the jury under Federal Rule of Evidence 403. Rule 403 limits the admissibility

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

2

of otherwise relevant evidence when countervailing factors "substantially outweigh" its probative value. FED. R. EVID. 403. The countervailing factors include the danger of unfair prejudice, confusion of the issues, misleading the jury, considerations of undue delay, waste of time, and needless presentation of cumulative evidence. *Id.* All of these factors would be present if the EEOC were permitted to present evidence of Mr. Bouamama's various alleged national origins.

## III.   CONCLUSION

For the foregoing reasons, Go Daddy respectfully requests that the Court enter an Order precluding the EEOC from introducing any evidence regarding its request for equitable relief, including Mr. Bouamama's alleged economic damages.

RESPECTFULLY SUBMITTED this 15th day of September, 2006.

*s/ R. Shawn Oller*
J. Mark Ogden
R. Shawn Oller
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Go Daddy Software, Inc.

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 15th day of September, 2006:

Mary Jo O'Neill, Esq.
C. Emanuel Smith, Esq.
P. David Lopez, Esq.
Lucila G. Rosas, Esq.
Equal Employment Opportunity Commission
3300 North Central Avenue, Suite 690
Phoenix, Arizona  85012-9688
*Attorneys for Plaintiff*

   *s/ Jaye Sanschagrin*

Firmwide:81443490.1 048902.1002