MARY JO O'NEILL AZ Bar No. 005924
SALLY C. SHANLEY AZ Bar No. 012251
P. DAVID LOPEZ DC Bar No.426463
LUCILA G. ROSAS CA Bar No. 187345
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012
Telephone: 602-640-5016
Fax: 602-640-5009
sally.shanley@eeoc.gov
patrick.lopez@eeoc.gov
lucila.rosas@eeoc.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | **CV-04-2062-PHX-DGC** |
| Plaintiff, | **PLAINTIFF EEOC'S SUPPLEMENTAL BRIEF ON RECORD KEEPING** |
| vs. | |
| Go Daddy Software, Inc., | |
| Defendant. | |

After researching the issue, the Commission does not contest Defendant's claim that the Commission's Record Keeping allegation, set forth in paragraph 9 of its Complaint, is an issue for the Court. The Commission has advised Defendant of its position.

The Commission, however, requests that the issue be submitted to the jury for an advisory opinion and included in the Claims and Defenses read to the jury. The evidence related to the claim is relevant to the Commission's allegations of discrimination and, as acknowledged by Defendant, the evidence is also relevant to the issue of punitive

damages.

Given the evidence related to the claim overlaps with other issues and will come out during the course of the trial, the Commission's requested course of action will reduce confusion for the jury and not prejudice Defendant.

RESPECTFULLY SUBMITTED  this 8th day of December , 2006.

        MARY JO O'NEILL
        Regional  Attorney

        SALLY C. SHANLEY
        Supervisory Trial Attorney

        s/Patrick Lopez
        P. DAVID LOPEZ
        Trial Attorney

        LUCILA G. ROSAS
        Trial Attorney

        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
        Phoenix District Office
        Suite 690
        3300 North Central Avenue
        Phoenix, Arizona 85012
        (602) 640-5016
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on this 8th day of December, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. Mark Ogden, Esq.
R. Shawn Oller, Esq.
LITTLER MENDELSON
2425 E. Camelback Rd., Suite 900
Phoenix, Arizona 85016-4242

Attorneys for Defendant

 s/Dolores M. Nelson
Paralegal Specialist