FILED ___ LODGED
RECEIVED ___ COPY

DEC 1 5 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. CV04-2062 PHX DGC |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| Go Daddy Software, Inc., | |
| Defendant. | |

1. Has Plaintiff EEOC proved by a preponderance of the evidence that Defendant Go Daddy terminated Mr. Bouamama's employment?

   Yes __X__     No _____

   If your answer to Question 1 is "Yes," please proceed to Question 2. If your answer to Question 1 is "No," please proceed to Question 5.

## Separation From Go Daddy

2. Has Plaintiff EEOC proved by a preponderance of the evidence that Mr. Bouamama's national origin, Moroccan, was a motivating factor in Go Daddy's decision to terminate his employment?  Yes _____   No __X__   If yes, has Go Daddy proved by a preponderance of the evidence that it would have terminated Mr. Bouamama even if his national origin played no role in the decision?  Yes _____ No _____.

3. Has Plaintiff EEOC proved by a preponderance of the evidence that Mr. Bouamama's religion, Muslim, was a motivating factor in Go Daddy's decision to terminate his employment?  Yes _____   No __X__   If yes, has Go Daddy proved by a preponderance of the evidence that it would have terminated Mr. Bouamama even if his religion played no role in the decision?  Yes _____ No _____.

4. Has Plaintiff EEOC proved by a preponderance of the evidence that Mr. Bouamama's employment was terminated in retaliation for his engaging in a protected activity?  Yes __X__   No _____   If yes, has Go Daddy proved by a preponderance of the evidence that it would have terminated Mr. Bouamama even if his protected activity played no role in the decision?  Yes _____ No __X__.

## Sales Supervisor Position

5. Has Plaintiff EEOC proved by a preponderance of the evidence that Mr. Bouamama's national origin, Moroccan, was a motivating factor in Go Daddy's decision not to promote him to the position of Sales Supervisor?   Yes _____   No __X__

If yes, has Go Daddy proved by a preponderance of the evidence that it would have decided not to promote Mr. Bouamama even if his national origin played no role in the decision? Yes _____ No _____.

6. Has Plaintiff EEOC proved by a preponderance of the evidence that Mr. Bouamama's religion, Muslim, was a motivating factor in Go Daddy's decision not to promote him to the position of Sales Supervisor?   Yes _____   No __X__   If yes, has Go Daddy proved by a preponderance of the evidence that it would have decided not to promote Mr. Bouamama even if his national origin played no role in the decision? Yes _____ No _____.

7. Has Plaintiff EEOC proved by a preponderance of the evidence that Mr. Bouamama was not promoted to the position of Sales Supervisor in retaliation for his engaging in a protected activity?   Yes __X__   No _____   If yes, has Go Daddy proved by a preponderance of the evidence that it would have decided not to promote Mr. Bouamama even if his protected activity played no role in the decision? Yes __X__ No _____.

If you answered any of Questions 2, 3, 4, 5, 6, or 7 with "Yes" to the first part and "No" to the second part, then please respond to the following questions on damages. Otherwise, do not answer any further questions.

### Damages (If Applicable)

8.  What amount of damages, if any, should be awarded to Mr. Bouamama for the following:

    Mental and emotional pain and suffering:   $ 5000

    Earnings lost to the present time:   $ 135,000

9.  Has Plaintiff proved by a preponderance of the evidence that Go Daddy acted with malice or reckless indifference to Mr. Bouamama's religion, national origin, or protected activity?   Yes __X__   No _____

If your answer to Question 9 is "Yes," please proceed to Question 10. If your answer is "No," do not answer any further questions.

10. Has Go Daddy proved by a preponderance of the evidence that it made good faith efforts to comply with federal anti-discrimination laws and that individuals who discriminated against Mr. Bouamama acted in a manner contrary to Go Daddy's good faith efforts to comply?   Yes _____   No __X__

If your answer to Question 10 is "No," please proceed to Question 11. If your answer is "Yes," do not answer any further questions.

11. What is the amount of punitive damages, if any, you assess against Go Daddy?

    $ 250,000

## Signature and Date

__#1__  
Foreperson number

__12.15.06__  
Date